UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**FILED**
JUN 2 5 2014
DAVID CREWS, CLERK
BY_____ Deputy

UNITED STATES OF AMERICA

v.

DEBORAH WALKER GARTH

CRIMINAL NO.  1:14CR069
18 U.S.C. § 922 (g)(1)
18 U.S.C. § 924(a)(2)

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about February 1, 2014, in the Northern District of Mississippi and elsewhere, **DEBORAH WALKER GARTH,** defendant herein, having been convicted in a court of a felony offense, that is a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm in and affecting interstate commerce, namely:   a Cobra, Model CA380, .380 caliber pistol, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
UNITED STATES ATTORNEY

_/S/ Signature Redacted_
FOREPERSON