IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

V.                                                           NO. 1:14CR69-DMB-DAS-1

DEBORAH WALKER GARTH                                                      DEFENDANT

## ORDER GRANTING MOTION FOR CONTINUANCE

On August 28, 2014, Defendant Deborah Walker Garth filed a motion [12] to continue the trial currently set for September 8, 2014. Counsel for Defendant represents as grounds for a continuance that he has a previously set hearing in the Chancery Court of Noxubee County, Mississippi, on the same date as trial and further needs additional time to prepare the case for trial. The Government does not oppose the motion. Upon consideration, the Court finds that the ends of justice will be served by granting a continuance to resolve Defendant's counsel's conflict with the current trial setting and to allow Defendant's counsel sufficient time to prepare for trial, and that taking such action outweighs the best interests of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted.

It is therefore ORDERED that trial is hereby continued until **Monday, October 27, 2014**. The plea agreement deadline is reset for October 13, 2014; and the pre-trial motion deadline is reset for September 29, 2014.

It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

SO ORDERED, this the 3rd Day of September, 2014.

                                                        **/s/ Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**