IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

UNITED STATES OF AMERICA

V. NO. 1:14CR69-DMB-DAS

DEBORAH WALKER GARTH                                                                DEFENDANT

## ORDER GRANTING MOTION FOR CONTINUANCE

On October 16, 2014, Defendant Deborah Walker Garth filed her motion [18] to continue the trial currently set for October 27, 2014. Counsel for Defendant represents as grounds for a continuance that "Defendant has been moved between several detention centers and, as a result, the Attorney has not had adequate time to meet with the Defendant." Counsel also represents that the Government does not object to a continuance. Upon consideration, based on the grounds represented, the Court finds that the ends of justice will be served by granting the requested continuance, and that taking such action outweighs the best interests of the public and Defendant in a speedy trial.

It is therefore ORDERED that trial is hereby continued until **Monday, November 10, 2014**. The plea agreement deadline is reset for October 27, 2014; and the pre-trial motion deadline is reset for October 21, 2014.

It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

SO ORDERED, this the 17th Day of October, 2014.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**