IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

V.                                                                          NO. 1:14CR69-DMB-DAS

DEBORAH WALKER GARTH                                                                    DEFENDANT

## ORDER GRANTING MOTION FOR CONTINUANCE

On November 5, 2014, Defendant Deborah Walker Garth filed a motion [25] to continue the trial currently set for November 10, 2014. As grounds for a continuance, Defendant's counsel represents that "Defendant has been moved from facility to facility and as of the filing of this Motion, her attorney has not been able to visit with her and properly prepare for trial," and that time is needed to confer with Defendant concerning trial preparation or a plea decision. The Government does not object to a continuance. The Court notes that the request for a continuance would have been more properly made before the plea agreement deadline, and cautions that a last-minute continuance request that could have been sought earlier is not viewed favorably. Upon consideration, however, the Court concludes that the ends of justice will be served by granting a continuance to allow Defendant sufficient time to prepare for trial and/or engage in plea discussions with her counsel, and that such outweighs the best interest of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Monday, December 8, 2014**. The plea agreement deadline is reset for November 24, 2014; and the pre-trial motion deadline is reset for November 10, 2014. It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

SO ORDERED, this the 5th day November, 2014.

                                                **/s/ Debra M. Brown**
                                                **UNITED STATES DISTRICT JUDGE**