**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                              **NO. 1:14CR69-DMB-DAS**

**DEBORAH WALKER GARTH**

## ORDER GRANTING MOTION FOR CONTINUANCE

On December 5, 2014, Defendant Deborah Walker Garth filed a motion [30] to continue the trial currently set for December 8, 2014. As grounds for a continuance, Defendant's counsel represents that "Defendant has decided to plead guilty and a change of plea hearing date will need to be set." The Government does not object to a continuance. Upon consideration, the Court concludes that the ends of justice will be served by granting a continuance to allow Defendant sufficient time to memorialize her decision to plead guilty by entering into a plea agreement and to enter a guilty plea at a change of plea hearing, and that such outweighs the best interest of the public and Defendant in a speedy trial. Accordingly, the motion for continuance is granted.

It is ORDERED that trial is hereby continued until **Wednesday, December 17, 2014**. It is further ORDERED that the delay from this date until commencement of such trial shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) as to Defendant.

SO ORDERED, this the 5th day December, 2014.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**